JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

In Sun Kil,

                Plaintiff(s),

vs.

MATJIP, Inc. et al.,

                Defendant(s).

Case No. 2:20-cv-00646-RGK-JEM

ORDER DISMISSING ACTION FOR
LACK OF PROSECUTION

On May 6, 2020, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution (OSC) [10].  Plaintiff timely responded to the OSC on May 13, 2020 [11].  After review and consideration of the response, the Court does not find good cause for the lack of prosecution and orders the matter dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: May 14, 2020

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE